UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Erin Eckert,

Plaintiff,

-against-

HOSSAIN, MD, KAMAL; JOBBERS CAB CORP.; WINNERS GARAGE INC.; and PRIVOZ HACKING CORP.,

Defendant.

26-CV-4424 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's Order on June 3, 2026, the parties were required to file a joint letter, the contents of which are described in the order, the Wednesday before the initial conference. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by August 25, 2026.

SO ORDERED.

Dated: August 21, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge